**TO: Clerk's Office**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**APPLICATION FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

******************************************

**USA**
-v-
**SEALED**

******************************************

SUBMITTED BY: Plaintiff ☐ Defendant ☐ DOJ ☐
Name: _____
Firm Name: _____
Address: _____
_____
Phone Number: _____
E-Mail Address: _____

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ☐ NO ☐
If yes, state description of document to be entered on docket sheet:

22-MJ-1052
Docket Number

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered: _____
Judge/Magistrate Judge: _____
Date Entered: _____

**B) If a new application,** the statute, regulation, or other legal basis that authorizes filing under seal

_____
_____

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: 09/28/2022 , NEW YORK

/s/STEVEN I. LOCKE

**U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE**
RECEIVED IN CLERK'S
OFFICE_____
DATE

**MANDATORY CERTIFICATION OF SERVICE:**
A.) ☐ A copy of this application either has been or will be promptly served upon all parties to this action, B.) ☐ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: _____; or C.) ☐ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

_____          _____
DATE                                                SIGNATURE