BEFORE:  STEVEN I. LOCKE                                                          DATE: 9/29/22
UNITED STATES MAGISTRATE JUDGE                                      TIME:  3:40 pm

# CRIMINAL CAUSE FOR ARRAIGNMENT

**DOCKET NO. MJ 22-1052(SIL) USA v. Moscinski**

**DEFENDANT: Christopher Moscinski**          **DEF. #: 1**
☐ Present    ☐ Not present    ☒ Custody    ☐ Bail/Surrender
**DEFENSE COUNSEL: Charles Milleon**
☐ Federal Defender         ☐ CJA         ☐ Retained

**AUSA: Lauren Bowman**

INTERPRETER: ()
PROBATION OFFICER/PRETRIAL:  Andrew Berglind

FTR:   3:40-4:12              COURTROOM DEPUTY: KMG

☒    Case Called.         ☒    Counsel present for all sides.
☒    Initial Appearance and Arraignment held.
      Preliminary Hearing:  ☐   Waived;   ☐   Set for: _____.
☐    Waiver of speedy trial/indictment executed; time excluded from through.
☒    Order setting conditions of release and bond entered.
☐    Permanent order of detention entered.
☐    Temporary order of detention entered.
         ☐ Detention hearing scheduled for  .
☐    Bail hearing held.  Disposition:
☐    Next court appearance scheduled on  .

Defendant     ☒    Released on Bond      ☐    Remains in Custody.

OTHER:  Rule 5f Order entered on the record. Financial Affidavit entered.