PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of New York

U.S.A. vs.   Christopher Moscinski            Docket No. 1:22-cr-00485-ST-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW   Robert Long, III   , U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant   Christopher Moscinski   , who was placed under pretrial release supervision by the Honorable   Steven I. Locke, US Magistrate Judge   , sitting in the court at   Central Islip   on the   29th   date of   September   ,   2022   under the following conditions:

report to Pretrial Services as directed; restrict travel to New York State, New Jersey, the Eastern District of Pennsylvania, and the Eastern District of Michigan; surrender any travel documents and do not apply for a new one; subject to random home and employment contacts; maintain an address as approved by Pretrial Services; remain at least 500 feet away from any reproductive clinics; refrain from all contact, including phone calls, with any employees at Planned Parenthood in Hempstead, New York.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short, insert here. If lengthy, write on separate sheet and attach.)

The above referenced defendant was sentenced by Your Honor on June 27, 2023, to six months incarceration followed by one year of supervised release, following a bench trial before the Court, where the defendant was found guilty on January 23, 2023, of Interference with Freedom of Access to Reproductive Health Services. He was given a voluntary surrender date of August 7, 2023, to report to the institution designated by the Bureau of Prisons. On June 30, 2023, the defendant appeared in the Nassau County 1st District Court on a pre-existing case (Docket No.: CR-011531-21NA) and was sentenced, following a jury's guilty verdict of Second Degree Obstruct Governmental Administration (Class A Misdemeanor), to a term of ninety days incarceration. He immediately began serving his sentence the same day at the Nassau County Correctional Center and has a conditional release date of August 25, 2023.

PRAYING THAT THE COURT WILL ORDER REVOCATION OF THE BAIL RELEASE CONDITIONS AND ISSUE AN ARREST WARRANT.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 21st day of July, 2023 and ordered filed and made a part of the records in the above case. /s/ Steven L. Tiscione  U.S. Magistrate Judge | Executed on   July 21, 2023  *[signature]* Robert Long, III  U.S. Pretrial Services Officer  Place   Brooklyn, New York |

Page 3 of 3